IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| BAMBI MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2310-MaV |
| | ) | |
| WYETH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO STAY

Before the court is defendant Wyeth, Inc.'s "Motion to Stay All Proceedings Pending Settlement Pursuant to the New Settlement Process or Transfer to MDL 1203," filed on February 14, 2005. Plaintiff Bambi Mitchell has not filed a response. For good cause shown, the court GRANTS Defendant's motion to stay.

So ORDERED this 3d day of August 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-5-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02310 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Stephen W. Ragland
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Timothy R. Johnson
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Samuel L. Felker
BASS BERRY & SIMS PLC
315 Deaderick Street
Ste. 2700
Nashville, TN 37238--000

Jennifer M. Eberle
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Levi Boone
BOONE LAW FIRM, P.A.
P.O. Box 1772
Cleveland, MS 38732

Honorable Samuel Mays
US DISTRICT COURT